UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REV. ERROL VICTOR, SR.                                    CIVIL ACTION

VERSUS                                                    NO. 20-3194

WARDEN AL ROBINSON                                        SECTION: "A"(1)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Errol Victor, Sr., is **DISMISSED** and that all of his related motions, Rec. Docs. 12, 13, 16, and 18, are **DENIED**.

June 17, 2021

_____
UNITED STATES DISTRICT JUDGE